THE STATE OF OHIO, APPELLEE, *v.* SPAULDING, APPELLANT.

[Cite as *State v. Spaulding* (1994), 71 Ohio St.3d 228.]

(No. 94–1474—Submitted October 24, 1994—Decided December 20, 1994.)

*Lynn C. Slaby,* Summit County Prosecuting Attorney, and *William D. Wellemeyer,* Assistant Prosecuting Attorney, for appellee.

*John Spaulding, pro se.*

---

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated therein.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

A.W. SWEENEY and WRIGHT, JJ., dissent.